148 A.3d 744

IN THE MATTER OF DOUGLAS ROMARY, RONALD VAN WOLDE, RONALD ALTMANN, STEPHEN IACUZZO, PATRICK LENOY, ANGEL VARGAS, EDWIN RODRIGUEZ AND CITY OF PATERSON.(DOUGLAS ROMARY, ET AL., PETITIONERS)

July 26, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-004856-13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied with costs.